NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JULIANA E. ELAUGOS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7010

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2271, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Upon consideration of the Secretary's motion for a 21-day extension of time, until December 23, 2010, to file his brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 1 4 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly

Clerk

cc:  Juliana E. Elaugos
     Christopher A. Bowen, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2010

JAN HORBALY
CLERK